UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN VIEIRA, | No. C 14-3568 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WESLEY A. VAN WINKLE, | |
| Defendant. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: October 9, 2014

_____
SUSAN ILLSTON
United States District Judge