UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN VIEIRA,<br><br>  Plaintiff,<br><br>  v.<br><br>WESLEY A. VAN WINKLE,<br><br>  Defendant.<br>_____/ | No. C 14-3568 SI (pr)<br><br>**ORDER REVOKING PAUPER STATUS** |

The Ninth Circuit has requested this court to determine whether *in forma pauperis* status should continue for plaintiff on appeal in this action or whether the appeal is frivolous or not taken in good faith. *See* 28 U.S.C. § 1915(a)(3). The court now certifies that the appeal is not taken in good faith and revokes *in forma pauperis* status for plaintiff on appeal in this action.

IT IS SO ORDERED.

Dated: December 15, 2014

_____
SUSAN ILLSTON
United States District Judge