UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JOHN VIEIRA, | No. C 14-3568 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| WESLEY A. VAN WINKLE, | |
| Defendant. | |

Plaintiff has filed a motion to transfer the certified record in this case to the Ninth Circuit and to serve a copy thereof on the parties. The motion is DENIED. (Docket # 18.) When, as here, the plaintiff is unrepresented by counsel, he "need not file the initial excerpts, supplemental excerpts or further excerpts of record" for his appeal in the Ninth Circuit. Ninth Circuit Rule 30-1.2; *see also* United States Court of Appeals For the Ninth Circuit handout entitled "After Opening a Case - Pro Se Appellants (revised January 2015)" at 6 ("You are not required to designate written pleadings or orders that were filed in the originating court" in non-bankruptcy appeals). There is no transcript to be ordered because there were no reported proceedings in this action.

IT IS SO ORDERED.

Dated: January 13, 2015

_____
SUSAN ILLSTON
United States District Judge